IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO-ANNE RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-1130 |
| | ) |
| JO ANNE B. BARNHART, | ) JUDGE GARY L. LANCASTER |
| Commissioner of | ) |
| Social Security, | ) Electronically Filed |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this 5th day of May, 2006, upon consideration of the Defendant's Motion to Remand, it is hereby ORDERED that the Defendant's Motion for Remand is Granted and this case is remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner for further development of the record and a new decision. This case is hereby dismissed.

BY THE COURT:

_____ J.