IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JO-ANNE RAY,                         )
                                     )
            Plaintiff,               )
                                     )
      v.                             )   CIVIL ACTION NO. 05-1130
                                     )
JO ANNE B. BARNHART,                 )   JUDGE GARY L. LANCASTER
Commissioner of                      )
Social Security,                     )   Electronically Filed
                                     )
            Defendant.               )

JUDGMENT ORDER

AND NOW, this 3rd day of _____, 2006, the

Court having separately ordered the remand of this action for

further administrative proceedings pursuant to the fourth

sentence of 42 U.S.C. § 405(g),

      IT IS FURTHER ORDERED that final judgment of this Court is

entered pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

                              BY THE COURT:

                              _____
                                                          J.